1  TransPacific Law Group
2  Pavel I. Pogodin, Ph.D., Esq. (SBN 206441)
   pavel@transpacificlaw.com
3  1 Daniel Burnham Court
   #914
4  San Francisco, California, 94109
   Telephone: (650) 954-6857
5  Facsimile: (650) 472-8961

6  Attorneys for Plaintiff

7
8                    **UNITED STATES DISTRICT COURT**
9                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10                         **SAN FRANCISCO DIVISION**
11

12  Shen Ko Tseng,                          Case No.  3: 16-cv-07327-WHO

13              Plaintiff,

14         v.                               **JOINT STIPULATION TO VACATE
                                            AND RESET CASE MANAGEMENT
15  BBC International LLC,                  CONFERENCE; ORDER**

16  Concept Footwear Technology Ltd.,
                                            Date: March 28, 2017
17  Terry Electronics (Shen Zhen) Company Ltd.,   Time: 2:00 p.m.
                                            Courtroom: Courtroom 2, 17th Floor
18              Defendants.
                                            Honorable William H. Orrick
19

20
21
22
23
24
25
26
27
28

This Stipulation is made by and between Plaintiff Shen Ko Tseng ("Plaintiff") and Defendant BBC International LLC ("Defendant") (Plaintiff and Defendant are referred to as "the Parties") by and through their respective counsel of record.

## **STIPULATION**

WHEREAS, remaining defendants Concept Footwear Technology Ltd. and Terry Electronics (Shen Zhen) Company Ltd. are both Chinese business entities ("Chinese Defendants") located in Mainland China, which are required to be served with legal process under provisions of Hague Convention.

WHEREAS, Plaintiff has retained ZY Services, a Chinese investigations firm, to assist in the service of process on Chinese Defendants.

WHEREAS, Plaintiff was informed by ZY Services that the service of process on Chinese Defendants under Hague Convention should take at least additional two months;

WHEREAS, the Court has set a Case Management Conference in this matter for March 28, 2017 at 2:00 p.m.;

WHEREAS, the Parties agree it is in the interest of judicial economy to vacate and reset the Case Management Conference to a date approximately two months out to permit Plaintiff additional time to perfect the service of the complaint on the aforesaid Chinese Defendants under Hague Convention;

WHEREAS, the foregoing facts evidence good cause for the requested continuance.

THEREFORE, IT IS HEREBY STIPULATED:

The PARTIES stipulate that good cause exists to vacate and reset the Case Management Conference, presently set for March 28, 2017. The Parties agree the Case Management Conference should be continued approximately two months until a date and time convenient for the Court.

**SO STIPULATED:**

Dated:  March 16, 2017                                TRANSPACIFIC LAW GROUP

                                                     By: /s/ Pavel I. Pogodin
                                                     Pavel I. Pogodin
                                                     Attorneys for Plaintiff Shen Ko Tseng

In accordance with Civil Local Rule 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated:  March 16, 2017                                GRAYROBINSON, P.A.

                                                     By: /s/ Thomas Kautz
                                                     Thomas Kautz
                                                     Attorneys for Defendant BBC International LLC

# ORDER

Based on the stipulation of the Parties, this Court hereby vacates the Case Management Conference set for March 28, 2017. The Case Management Conference is rescheduled for May 30, 2017 at 2:00 p.m. in Courtroom 2, 17th Floor of the above captioned court.  Case management conference statements shall be filed by May 23, 2017.

SO ORDERED:

DATED: March 16, 2017              _____
                                                  Honorable William H. Orrick