1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

SHEN KO TSENG,

Plaintiff,

Case No. 16-cv-07327-WHO

8
9

v.

**ORDER OF DISMISSAL**

10

TERRY ELECTRONICS (SHEN ZHEN)
COMPANY LTD.,

Re: Dkt. No. 37

11

Defendant.

12
13

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is

14

dismissed **without** prejudice. The Clerk shall close the case.

15

Dated: January 23, 2018

16

_____
WILLIAM H. ORRICK

17

United States District Judge

18
19
20
21
22
23
24
25
26
27
28